Richard E. Donahoo, State Bar No. 186957
DONAHOO & ASSOCIATES, PC
440 West First Street, Suite 101
Tustin, CA 92780
Telephone: (714) 953-1010
Email: rdonahoo@donahoo.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES REED, et al., <br><br> Plaintiffs, <br> v. <br> RELIANT LIFE SHARES, LLC, et al. <br><br> Defendants. | CASE NUMBER <br><br> 2:23-cv-08577-SB-AGR <br><br> NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) RLS Financial Services, Inc., without prejudice. _____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff's JAMES REED and CAROLYNN REED, et.al. _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_11/3/2023_
Date

_[signature]_
Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*