DAVID W. TUFTS (Bar No. 180817)
david.tufts@dentons.com
MATTHEW J. ORME (Utah Bar No. 13323)
matt.orme@dentons.com
*pro hac vice*
**DENTONS DURHAM JONES PINEGAR, P.C.**
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Tel: (801) 415-3000 / Fax: (801) 415-3500

STEPHEN A. WATKINS (Bar No. 205175)
Stephen.watkins@dentons.com
**DENTONS US LLP**
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for Defendant
BANK OF UTAH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES REED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RELIANT LIFE SHARES, LLC, et al. <br><br> Defendants. | Case No. 2:23-cv-08577-SB-AGR <br><br> Hon. Stanley Blumenfeld, Jr. <br><br> **DEFENDANT BANK OF UTAH'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** <br><br> Date: February 9, 2024 <br> Time: 8:30 a.m. <br> Ctrm: 6C |

TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 9, 2024, at 8:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 6C of the above-entitled Court, located at First Street Courthouse, 350 W. First Street, Los Angeles, CA 90012, Defendant Bank of Utah ("Bank of Utah" or "Defendant"), through its counsel, will and hereby does respectfully move this Court pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing Plaintiffs James and Carolynn Reeds' First Amended

1  Complaint against Bank of Utah for failure to state a claim upon which relief can be
2  granted.
3      Pursuant to L.R. 7-3, this motion is made following the conference of
4  counsel which took place on December 27, 2023 via teleconference.
5      This Motion is based upon this Notice of Motion and Motion, the
6  Memorandum of Points and Authorities filed herewith, the Proposed Order, the
7  files, records, and pleadings already on file in this action, and such other and further
8  evidence, papers, and arguments as may be submitted to or are properly considered
9  by the Court.

Dated: January 5, 2024      Respectfully submitted,

    */s/ David W. Tufts*
**DENTONS DURHAM JONES PINEGAR, P.C.**
David W. Tufts
Matthew J. Orme

**DENTONS US LLP**
Stephen A. Watkins

Attorneys for Defendant BANK OF UTAH

SL_6539590.1