David Harford, California Bar No. 270696
david.harford@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1920 Main Street, Suite 1000
Irvine, California  92614-7276
Telephone:   (949) 223-7000
Facsimile:    (949) 223-7100

Adam B. Stern (*admitted pro hac vice*)
adam.stern@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203-4541
Telephone:   (303) 861-7000
Facsimile:    (303) 866-0200

Attorneys for Defendant
FIRST WESTERN TRUST BANK

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JAMES REED and CAROLYN REED, CHARLES PRINCE, BRIJ SHARMA, and BERNARD DAOS, on behalf of themselves and all others similarly situated, | Case No. 2:23-cv-08577-SB-ARG |
| | Hon. Stanley Blumenfeld Jr. |
| | Courtroom 6C |
| Plaintiffs, | |
| | **STIPULATION OF DISMISSAL OF PLAINTIFFS' TENTH CLAIM AGAINST FIRST WESTERN TRUST BANK** |
| GWENDALYN DOUGLASS as Trustee of RAYMOND E. DOUGLASS REVOCABLE TRUST, Executor of The Raymond E. Douglass Estate, and as Successor In Interest; | |
| Plaintiff*,* | |
| vs. | |
| RELIANT LIFE SHARES LLC, et al., | |
| Defendants. | |

Plaintiffs James Reed, Carolyn Reed, Charles Prince, Brij Sharma, and Bernard Daos ("Plaintiffs"), and Defendant First Western Trust Bank ("FWTB"), by and through their counsel of record, enter into the following stipulation:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(ii), Plaintiffs and FWTB agree to dismiss without prejudice Plaintiffs' claim against First Western Trust Bank for the Violation of California Corporations Code § 25504.1, which is Claim 10 in Plaintiffs' Second Amended Complaint, dated February 15, 2025 [Dkt. 67].

IT IS SO STIPULATED.

Dated:  February 29, 2024

David Harford
**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ David Harford*
David Harford
Attorneys for Defendant
First Western Trust Bank

Dated:  February 29, 2024

**DONAHOO & ASSOCIATES, PC**

By: */s/ Richard E. Donahoo*
Richard E. Donahoo
Attorneys for Plaintiffs

Bryan Cave Leighton Paisner LLP
1920 Main Street, Suite 1000
Irvine, California 92614

1

## <u>ATTESTATION REGARDING ELECTRONIC SIGNATURE</u>

I hereby attest that all other signatories to this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Richard E. Donahoo*
Richard E. Donahoo

Bryan Cave Leighton Paisner LLP
1920 Main Street, Suite 1000
Irvine, California 92614

STIPULATION OF DISMISSAL OF PLAINTIFFS' TENTH CLAIM AGAINST FIRST WESTERN

***James Reed, et al. v. Reliant Life Share, LLC, et al.***
**USDC – Central District –Case No. 2:23-cv-08577-SB-AGR**

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is: 440 West First Street, Suite 101, Tustin, CA  90720

    On **February 29, 2024,** I served the foregoing document(s) described as:

**STIPULATION OF DISMISSAL OF PLAINTIFFS' TENTH CLAIM AGAINST FIRST WESTERN TRUST BANK**

(   ) BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(X) BY E-MAIL – I caused a true copy of the foregoing document(s) to be served by electronic email transmission at the time shown on each transmission, to each interested party at the email address shown below.  Each transmission was reported as complete and without error to the following email addresses:

| | |
|---|---|
| Thomas G. Foley, Jr., SBN 65812<br>Kevin Gamarnik, SBN 273445<br>FOLEY, BEZEK, BEHLE &<br>CURTIS, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>Telephone: (805) 962-9495<br>Facsimile: (805) 962-0722<br>Email: tfoley@foleybezek.com<br>kgamarnik@foleybezek.com<br>*Attorneys for Plaintiff James Reed<br>and Carolyn Reed* | Richard Walton<br>Walton & Walton, LLP<br>13700 Marina Pointe Drive, Suite 920<br>Marina del Rey, California 90292<br>Tel: 310-496-5835<br>Fax: 310-464-3057<br>Email: rwalton@taxtriallawyers.com<br>*Attorneys for Defendant, RELIANT<br>LIFE SHARES, LLC* |
| J. Owen Murrin SBN 75329<br>Murrin Law Firm<br>7040 E. Los Santos Drive<br>Long Beach, California 90815<br>Phone: 562-342-3011<br>Fax: 562-724-7007 | Adam Stern<br>David Harford<br>BRYAN CAVE LEIGHTON<br>PAISNER LLP<br>1920 Main Street, Suite 1000<br>Irvine, CA 92614-7276<br>Telephone:  (949) 223-7000 |

Bryan Cave Leighton Paisner LLP<br>1920 Main Street, Suite 1000<br>Irvine, California 92614

1   E-mail:                                Facsimile:  (949) 223-7100
2   jmurrin@murrinlawfirm.com              Adam.Stern@bclplaw.com
    *Attorneys for Douglass Plaintiffs*    David.Root@bclplaw.com
3                                          *Attorneys for Defendants First*
4                                          *Western Trust Bank,*

5                                          Stephen A. Watkins (SBN 205175)
6                                          stephen.watkins@dentons.com
    DENTONS US LLP
7                                          601 South Figueroa Street, Suite 2500
                                           Los Angeles, California 90017-5704
8                                          Telephone: (213) 623-9300
9                                          Facsimile: (213) 623-9924
                                           *Attorneys for Defendant BOU*
10                                         *Bancorp*

11
12                                         *Matthew Orme*
                                           Matt.Orme@dentons.com
13                                         DENTONS DURHAM JONES
                                           PINEGAR, P.C.
14                                         111 South Main, Suite 2400
15                                         Salt Lake City, Utah 84111
                                           (801) 415-3000
16                                         *Attorneys for Defendant BOU*
                                           *Bancorp*
17

18                                         Dean A. Olson
19                                         dolson@clarkhill.com
                                           Clark Hill LLP
20                                         555 South Flower Street, 24th Floor,
21                                         Los Angeles, CA 90071
                                           (213) 417-5132 (office)
22                                         (213) 488 1178
23                                         *Attorneys for Defendant UMB Bank,*
                                           *N.A.*
24

25
26                                         Christopher Stevens
                                           Law Offices of Christopher Stevens
27                                         1475 Island Avenue #1905
                                           San Diego, Ca 92101
28                                         Tel. (310) 990-0459

Bryan Cave Leighton Paisner LLP
1920 Main Street, Suite 1000
Irvine, California 92614

4

cms@cmoorestevens.com
*Attorneys for Defendant Scott Grady*

(X) FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*/s/ Richard E. Donahoo*

5
STIPULATION OF DISMISSAL OF PLAINTIFFS' TENTH CLAIM AGAINST FIRST WESTERN