Richard E. Donahoo (SBN 186957)
DONAHOO & ASSOCIATES, PC
440 W. First Street, Suite 101
Tustin, California 92780
(714) 955-5815
Attorneys for Plaintiffs James Reed, et al.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JAMES REED, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:23-cv-08577-SB-ARG |
| v. | |
| RELIANT LIFE SHARES, LLC, et al. | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) _First Western Trust Bank ONLY_____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _Plaintiffs (Second Amended Complaint)_____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

March 8, 2024                                              [signature]
_____                        _____
Date                                                      Signature of Attorney/Party

NOTE:   *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*