1  Thomas G. Foley, Jr., State Bar No. 65812
2  Kevin Gamarnik, State Bar No. 273445
   FOLEY, BEZEK, BEHLE & CURTIS, LLP
3  15 West Carrillo Street
   Santa Barbara, CA 93101
4  Telephone: (805) 962-9495
5  Facsimile: (805) 962-0722
   Email:     tfoley@foleybezek.com
6              kgamarnik@foleybezek.com

7  Richard E. Donahoo, State Bar No. 186957
8  Sarah L. Kokonas, State Bar No. 262875
   DONAHOO & ASSOCIATES, PC
9  440 West First Street, Suite 101
   Tustin, CA 92780
10 Telephone: (714) 953-1010
11 Email:     rdonahoo@donahoo.com
              skokonas@donahoo.com
12
   Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES REED, et al., | Case No. 2:23-cv-00460-SB-AGR |
| Plaintiffs, | Consolidated with Case No. 2:23-cv-08577-SB-AGR |
| v. | Courtroom: 6C |
|  | Judge: Hon. Stanley Blumenfeld, Jr. |
| RELIANT LIFE SHARES, LLC, et al. | **NOTICE OF SETTLEMENT** |
| Defendants. | |

1

**NOTICE OF SETTLEMENT**

Pursuant to Section 1d and 8f of the Court's Standing Order For Civil Cases updated as of March 1, 2024, Plaintiffs Bernard Daos and Brij Sharma are notifying the Court that they have reached agreement on all material terms of a Confidential Settlement with Defendant Bank of Utah. A settlement agreement has not yet been executed.

Dated: December 16, 2024        Respectfully submitted,

By: */s/ Thomas G. Foley, Jr.*
Thomas G. Foley, Jr.
*Attorneys for Plaintiffs Bernard Daos and Brij Sharma*