JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES REED et al., <br><br> Plaintiffs, <br><br> v. <br><br> RELIANT LIFE SHARES LLC et al., <br><br> Defendants. | Case No. 2:23-cv-08577-SB-AGR <br><br> FINAL JUDGMENT |

All claims in this action have been disposed of through the following orders and voluntary dismissals:

- November 4, 2023 voluntary dismissal without prejudice of the claims against RLS Financial Services, Inc. (Dkt. No. 21);

- February 29, 2024 stipulation dismissing without prejudice Plaintiffs' claim against First Western Trust Bank for the violation of California Corporations Code § 25504.1 (Dkt. No. 74);

- March 8, 2024 voluntary dismissal of the claims against First Western Trust Bank (Dkt. No. 87);

- March 28, 2024 voluntary dismissals of the claims against Sean Michaels (Dkt. No. 113), RMS Trust (Dkt. No. 114), and Wilmington Savings Fund Society (Dkt. No. 115);

- April 5, 2024 order granting in part Defendants' motions to dismiss the Second Amended Complaint, which held as follows:

    All claims of Plaintiffs James Reed, Carolynn Reed, and Brij Sharma against [UMB Bank, N.A. (UMB)] are dismissed without prejudice for lack of subject-matter jurisdiction. The claims of Plaintiffs Charles Prince and Bernard Daos against UMB in Counts 7, 8, 10, and

> 11 are dismissed on the merits, and Plaintiffs' demand for punitive damages against UMB is dismissed.
>
> . . .
>
> All claims of Plaintiffs James Reed, Carolynn Reed, and Charles Prince against [Bank of Utah (BOU)] are dismissed on the merits. The claims of Plaintiffs Brij Sharma and Bernard Daos against BOU in Counts 7, 8, and 10 are dismissed on the merits.

(Dkt. No. 123 at 28);

- October 24, 2024 joint stipulation dismissing claims against UMB Bank, N.A. with prejudice (Dkt. No. 183);

- January 9, 2025 joint stipulation dismissing claims against Bank of Utah with prejudice (Dkt. No. 192);

- February 28, 2025 minute order granting Plaintiffs' unopposed motion to voluntarily dismiss without prejudice their claims against Defendants Reliant Life Shares, LLC and Scott Grady (Dkt. No. 199); and

- Separate order entered this day severing the sole remaining claims (those alleged by Gwendalyn Douglass as trustee of the Raymond E. Douglass Revocable Trust and as successor in interest to Raymond Douglass against Andrew Murphy) and allowing them to be refiled in the related action and remanded.

Accordingly, it is ORDERED and ADJUDGED that all claims in this action (other than the severed claims against Andrew Murphy) are dismissed as described above.

This is a final judgment.

Date: April 23, 2025

                                                    Stanley Blumenfeld, Jr.
                                                  United States District Judge